```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRANKIE MONEGRO,                                                 :
                                                                 :
                              Plaintiff,                         :
                                                                 :            21 Civ. 4088 (JPC)
                -v-                                              :
                                                                 :                ORDER
NUTS ARE GOOD! INC.,                                             :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed a notice of settlement on September 3, 2021, and indicated that Plaintiff expected to dismiss the case within sixty days. Dkt. 10. As of the date of this Order, neither a notice of voluntary dismissal nor a stipulation of dismissal has been filed. The parties shall file dismissal papers, or, in the alternative, a status letter, by December 13, 2021.

SO ORDERED.

Dated: November 30, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge